## JONES DAY

250 VESEY STREET  •  NEW YORK, NEW YORK  10281.1047

TELEPHONE: +1.212.326.3939  •  FACSIMILE: +1.212.755.7306

DIRECT NUMBER:  (212) 326-3640
BCHASAN@JONESDAY.COM

February 2, 2023

**VIA CM/ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re:  *Yan Luis v. Stitcher Media LLC*, No. 1:22-cv-10498-RA (S.D.N.Y.)

Dear Judge Abrams:

This Firm represents Defendant Stitcher Media LLC ("Stitcher") in the above-referenced matter.

Pursuant to this Court's December 20, 2022 Order (ECF No. 5), the Parties are actively engaged in settlement negotiations, but require additional time to determine whether they can settle this action themselves, without further assistance from a magistrate judge or assigned mediator.  Accordingly, the Parties request that the deadline in which to submit their settlement report be continued from February 2, 2023 to February 23, 2023.

Respectfully,

*/s/ Benjamin Chasan*

Benjamin Chasan

cc: Counsel of Record

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
2/3/2023

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO • SAN FRANCISCO
SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON